**Law Office of Mohammed Gangat**  675 3rd Ave, Su 1810, NY, NY 10017
(718) 669-0714  mgangat@gangatpllc.com

**March 31 2023**

*via ECF*
Hon. Brian M. Cogan, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East 2795
Brooklyn, NY 11201

        **RE:**   *Carpio v Wingstop Restaurants, Inc.,*
               <u>No. 22-cv-05764-BMC</u>

To the Honorable Judge Cogan:

    I represent Plaintiff Julio Carpio in the above-referenced matter. I submit this letter, jointly with Defendant Wingstop Restaurants Inc., to inform this honorable Court that the parties are seeking to dismiss and toward that end have filed earlier today on the docket a Stipulation to Dismiss without prejudice pursuant to Rule 41(a)(1)(A)(ii)

    The reason for the dismissal is that the parties are in agreement that it appears at this time that subject matter jurisdiction is lacking because the amount in controversy is less than $5,000,000. Plaintiff had filed this action in federal court on information and belief that the amount was in excess of $5,000,000 and that jurisdiction existed under the Class Action Fairness Act.

    As always, I thank the Honorable Court for its time and attention to this matter.

                                                         **LAW OFFICE OF MOHAMMED GANGAT**

                                                    */s/ Mohammed Gangat*
                                                    _____
                                                    Mohammed Gangat, Esq.
                                                    675 Third Avenue, Suite 1810,
                                                    New York, NY 10017
                                                    mgangat@gangatpllc.com
                                                    718-669-0714

                                                   *Attorneys for Plaintiff*